No. 01–6656. BICKHAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6700. PENDAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6712. WILLIAMS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–6731. TERESCHOUK *v.* PATENT AND TRADEMARK OFFICE, BOARD OF PATENT APPEALS AND INTERFERENCES. C. A. Fed. Cir. Certiorari denied.

No. 01–6752. EDWARDS *v.* BOGAN, WARDEN, ET AL. C. A. 5th Cir. · Certiorari denied.

No. 01–6783. BUCKENDAHL ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6789. BUTCHER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6797. SIMMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6818. JOHNSTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6819. KEYS *v.* HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–6822. PETRONE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6826. ARRINGTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6830. RIVERA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–6834. MCAFEE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6835. THOMPSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6841. LOPEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.